UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO PAULINO,<br><br>                              Plaintiff,<br><br>          -against-<br><br>DAVID KLEINER, et al.,<br><br>                              Defendants. | 23-CV-05250 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    No later than Friday, August 11, 2023, at 5:00 p.m., the parties shall notify the Court whether they would benefit from a settlement conference before the Magistrate Judge.

    SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                                ARUN SUBRAMANIAN
                                          United States District Judge