UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PEDRO PAULINO,

                         Plaintiff,                     23-cv-5250 (AS)

      -against-                                    **ORDER**

DAVID KLEINER, et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, September 19, 2023, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:    New York, New York
               August 16, 2023

                                                                               _____
                                                                                 VALERIE FIGUEREDO
                                                                                 United States Magistrate Judge