UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO PAULINO, <br><br>                         Plaintiff, <br><br> -against- <br><br> DAVID KLEINER, et al., <br><br>                         Defendants. | 23-CV-05250 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The conference set for tomorrow, October 25, 2023, at 9:00 AM will now be held remotely. The parties should dial-in by calling: +1 646-453-4442,,988042106#

      SO ORDERED.

Dated: October 24, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge