UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO PAULINO,<br><br>                              Plaintiff,<br><br>              -against-<br><br>DAVID KLEINER, et al.,<br><br>                              Defendants. | 23-CV-05250 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As discussed in today's teleconference, defendants shall furnish plaintiff any documents and authorities relevant to its anticipated motion to compel by Friday, October 27, 2023. The motion to compel arbitration will be due November 3, 2023, with opposition briefs due November 13, 2023, and replies due November 20, 2023.

      Plaintiff shall amend the complaint to add any retaliation claim by November 1, 2023. In addition, for standing purposes, the complaint must be amended to allege the downstream consequences of the alleged wage-notice and wage-statement violations by November 20, 2023. *See Cartagena v. Sixth Avenue West Associates LLC*, No. 23-CV-3611 (AS), 2023 WL 6318170 (S.D.N.Y. Sept. 28, 2023).

      SO ORDERED.

Dated: October 25, 2023
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                   United States District Judge