UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO PAULINO,

                Plaintiff,

    -against-

DAVID KLEINER, et al.,

                Defendants.

23-CV-05250 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Defendants in this case moved to compel arbitration and/or dismiss the complaint. Dkt. 21. Plaintiff appears to have consented to arbitration and to staying this action pending arbitration. Dkt. 25. The Court finds that entering a stay is the appropriate course of action here. *See Katz v. Cellco P'ship*, 794 F.3d 341, 347 (2d Cir. 2015) (concluding "that the text, structure, and underlying policy of the FAA mandate a stay of proceedings when all of the claims in an action have been referred to arbitration and a stay requested."); *Graham v. Bloomberg L.P.*, 2023 WL 6037974, at *6 (S.D.N.Y. Sept. 15, 2023) (explaining the "sound reasons for granting a stay versus dismissal").

    The Clerk of Court is directed to terminate the motion at Dkt. 21 and stay this case.

    SO ORDERED.

Dated: February 27, 2024
       New York, New York

                              ARUN SUBRAMANIAN
                             United States District Judge